UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMELIA GUIZAR, MARIA SOCORRO REYNA, and VIRGINIA RUELAS,<br><br>    Plaintiffs,<br><br>        v.<br><br>NORTHWEST HORTICULTURE LLC, BRUCE GIBSON, and JANE DOE GIBSON,<br><br>    Defendants. | NO. CV-09-3013-EFS<br><br>**PROTECTIVE ORDER** |

On September 24, 2009, Plaintiffs filed a Motion for Protective Order Regarding Immigration Status. (Ct. Rec. 14.) On October 19, 2009, the parties filed a Stipulation and Proposed Agreed Order with respect Plaintiffs' Motion for Protective Order Regarding Immigration Status. (Ct. Rec. 25.) Based upon the parties' Stipulation, the following Protective Order is **HEREBY ENTERED**:

1. Defendants are not entitled to conduct discovery into Plaintiffs' immigration status or matters related to Plaintiffs' immigration status.

ORDER ~ 1

2. Plaintiffs' Motion for Protective Order Regarding Immigration Status **(Ct. Rec. 14)** and the parties' Stipulated Motion for Entry of Proposed Agreed Order **(Ct. Rec. 25)** are **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this  20th  day of October 2009.

                S/ Edward F. Shea
                EDWARD F. SHEA
           United States District Judge

Q:\Civil\2009\3013.stip.protect.wpd

ORDER * 2