UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMELIA GUIZAR, MARIA SOCORRO REYNA, and VIRGINIA RUELAS,<br><br>    Plaintiffs,<br><br>        v.<br><br>NORTHWEST HORTICULTURE L.L.C., BRUCE GIBSON, and JANE DOE GIBSON,<br><br>    Defendants. | NO. CV-09-3013-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed February 26, 2010 (Ct. Rec. 69), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees awarded to any party under Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED:**

1. The First Amended Complaint **(Ct. Rec. 33)** is **DISMISSED with prejudice** and without costs or fees awarded to any party;

2. All pending trial and hearing dates are stricken;

3. All pending motions are denied as moot; and

4. This file shall be closed.

ORDER * 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this 26th day of February 2010.

s/Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2009\3013.Stip.Dismiss.wpd

ORDER * 2